[No. 61913-6-I.   Division One.   February 8, 2010.]

DARLYNE CASHMAN, *Individually and as Personal Representative, Appellant,* v. PACIFIC SCIENTIFIC COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 05-2-28978-3, Nicole MacInnes, J., entered November 27, 2007. *Reversed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Cox, J.

[No. 62407-5-I.   Division One.   February 8, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. VELMA LEE OGDEN-WHITEHEAD ET AL., *Defendants,* JOHN JEFFERY OGDEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-05297-4, Steven C. Gonzalez, J., entered October 3, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Leach, J.

[No. 62742-2-I.   Division One.   February 8, 2010.]

GLENDA WILLIAMS, *Respondent,* v. SEATTLE PUBLIC SCHOOLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-2-01426-8, Andrea A. Darvas, J., entered November 17, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Cox, J.

[No. 63153-5-I.   Division One.   February 8, 2010.]

JOEL N. ALMANZA ET AL., *Respondents,* v. JAY R. BOWEN ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 08-2-00728-9, Steven J. Mura, J. Pro Tem., entered February 24, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Leach, J.